Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **VENTURA V. RAMOS JUNIOR,** )<br><br>Plaintif, )<br>v. )<br><br>H. ACEVEDO (LA Deputy Sheriff), )<br>*et al.,* )<br><br>Defendants. ) | **ORDER**<br><br>LA CV 26-02274-VBF-DMK<br><br>Dismissing the Case w/o Prejudice<br>Per Notice of Voluntary Dismissal |

Pursuant to plaintiff's notice of voluntary dismissal filed March 26, 2026 (CM/ECF Doc. #25), **the complaint and this case are DISMISSED without prejudice**.

The case is TERMINATED.

IT IS SO ORDERED.

Dated: April 1, 2026

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge